UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENDEAVOR MESHTECH, INC., | NO: 2:14-CV-0172-TOR |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| ITRON, INC., | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 31). Although the motion requests dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), the Court construes the filing as a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to either party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

The parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 31) is **GRANTED**.  Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to either party.  All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 4, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2